Rob Bonta, State Bar No. 202668
Attorney General of California
Benjamin M. Glickman, State Bar No. 247907
Supervising Deputy Attorney General
Megan A. S. Richards, State Bar No. 281307
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7739
 Fax: (916) 324-8835
 E-mail: Megan.Richards@doj.ca.gov
*Attorneys for Defendants the California Governor
and California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE RANCH LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　Defendants. | 2:21-cv-01651<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　　　　December 7, 2021<br>Time:　　　　1:30 p.m.<br>Courtroom:　6<br>Judge:　　　The Honorable John A. Mendez<br>Trial Date:　None set.<br>Action Filed: September 13, 2021 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, on December 7, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable John A. Mendez, in Courtroom 6 of the Robert T. Matsui United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814, Defendants Gavin Newsom, in his official capacity as Governor of

the State of California, and Rob Bonta, in his official capacity as Attorney General of the State of California, will hereby move this Court for an order dismissing Plaintiff Peace Ranch's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). **This motion is made following the conference of counsel pursuant to the Court's standing order which took place on October 28, 2021.**

This motion is based on this Notice, the Memorandum of Points and Authorities, the papers and pleadings on file in this action, and upon matters as may be presented to the Court at the time of the hearing. The motion to dismiss is brought on the following grounds:

1. Claims One through Eight against Governor Newsom in his official capacity should be dismissed because he is immune from suit under the Eleventh Amendment.
2. Claims Two, Seven, and Eight should be dismissed under the Eleventh Amendment because they are state-law claims for which state officials are entitled to sovereign immunity.
3. Claims One through Eight should be dismissed for lack of Article III standing.
4. Claims One through Seven should be dismissed for failure to state a claim.
5. The Court should decline to exercise supplemental jurisdiction over Claim Eight.

Dated:  November 2, 2021                         Respectfully submitted,

                                                 ROB BONTA
                                                 Attorney General of California
                                                 BENJAMIN M. GLICKMAN
                                                 Supervising Deputy Attorney General


                                                 /s/ Megan A.S. Richards
                                                 MEGAN A. S. RICHARDS
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants the California Governor and California Attorney General*

SA2021304582
35609514_2.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Peace Ranch, LLC v. Gavin Newsom, et al** | No. | **2:21-cv-01651** |
|---|---|---|---|

I hereby certify that on <u>November 2, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 2, 2021</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2021304582
35623964.docx