1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  MEGAN RICHARDS
   Deputy Attorney General
4  State Bar No. 281307
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7739
     Fax: (916) 324-8835
7    E-mail: Megan.Richards@doj.ca.gov
   *Attorneys for the Defendants*

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **PEACE RANCH LLC,**                      Case No. 2:21-cv-01651

14                          Plaintiff,        **STIPULATION AND [PROPOSED]
                                              ORDER REGARDING AMENDED**
15          v.                                **COMPLAINT**

16                                            Judge:      The Honorable John A. Mendez
    **GAVIN NEWSOM, in his official capacity** Action Filed: September 13, 2021
17  **as Governor of the State of California; ROB**
    **BONTA, in his official capacity as Attorney**
18  **General of the State of California; and**
    **DOES 1 through 20, inclusive,**
19
                            Defendants.
20

21       Plaintiff Peace Ranch and Defendant Rob Bonta, in his official capacity as the Attorney

22  General of the State of California ("the Parties"),[1] by and through their respective counsel, hereby

23  stipulate and agree as follows:

24       **WHEREAS,** on February 7, 2022, the Court entered an Order granting the Defendants'

25  Motion to Dismiss (Doc. 20);

26

27  _____

28       [1] On February 7, 2022, the Court dismissed the claims against Defendant Gavin Newsom
    with prejudice (Doc. 20).

                                        1

**WHEREAS**, as to the federal claims against Defendant Rob Bonta, the Court granted the motion to dismiss without prejudice;

**WHEREAS**, Plaintiff intends to amend its complaint in light of the Court's ruling;

**WHEREAS,** the Parties desire to enter into an agreement for the timely and orderly filing of the Amended Complaint and response thereto.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. Plaintiff shall file an Amended Complaint consistent with the terms of the Court's Order granting the Defendants' Motion to Dismiss (Doc. 20) within 14 days of the signing of this order.

2. Defendant shall file an answer or response to the Amended Complaint within 30 days of the filing of the Amended Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 17, 2022

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General

/s/ MEGAN A. S. RICHARDS
MEGAN A. S. RICHARDS
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his Official Capacity as California Attorney General*

/s/ PAUL BEARD
PAUL BEARD II
*Attorney for Plaintiff Peace Ranch LLC*

Dated:  February 17, 2022

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____

Hon. John A. Mendez
United States District Court Judge

SA2021304582
35940151.docx

2

# CERTIFICATE OF SERVICE

Case Name:    **Peace Ranch, LLC v. Gavin Newsom, et al**     No.    **2:21-cv-01651**

I hereby certify that on <u>February 17, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 17, 2022</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|:---:|:---:|
| Declarant | Signature |

SA2021304582
35940185.docx