1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  MEGAN RICHARDS
   Deputy Attorney General
4  State Bar No. 281307
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7739
    Fax: (916) 324-8835
7   E-mail: Megan.Richards@doj.ca.gov
   *Attorneys for the Defendants*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEACE RANCH LLC,** | Case No. 2:21-cv-01651 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING AMENDED COMPLAINT** |
| v. | Judge: The Honorable John A. Mendez |
| **GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,** | Action Filed: September 13, 2021 |
| Defendants. | |

Plaintiff Peace Ranch and Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California ("the Parties"),[1] by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS,** on February 7, 2022, the Court entered an Order granting the Defendants' Motion to Dismiss (Doc. 20);

/////

---

[1] On February 7, 2022, the Court dismissed the claims against Defendant Gavin Newsom with prejudice (Doc. 20).

1

**WHEREAS**, as to the federal claims against Defendant Rob Bonta, the Court granted the motion to dismiss without prejudice;

**WHEREAS**, Plaintiff intends to amend its complaint in light of the Court's ruling;

**WHEREAS,** the Parties desire to enter into an agreement for the timely and orderly filing of the Amended Complaint and response thereto.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. Plaintiff shall file an Amended Complaint consistent with the terms of the Court's Order granting the Defendants' Motion to Dismiss (Doc. 20) within 14 days of the signing of this order.

2. Defendant shall file an answer or response to the Amended Complaint within 30 days of the filing of the Amended Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 17, 2022

R OB B ONTA
Attorney General of California
P. P ATTY L I
Supervising Deputy Attorney General

/S/ M EGAN A. S. R ICHARDS
M EGAN A. S. R ICHARDS
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his Official Capacity as California Attorney General*

Dated:  February 17, 2022

/S/ P AUL B EARD
P AUL B EARD II
*Attorney for Plaintiff Peace Ranch LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 17, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE