## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PEACE RANCH, LLC,**

CASE NO: **2:21–CV–01651–JAM–AC**

v.

**ROB BONTA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/11/2022**

          **Keith Holland**
          Clerk of Court

ENTERED: **July 11, 2022**

by: /s/ K. Zignago
Deputy Clerk