1  PAUL J. BEARD II (State Bar No. 210563)
   PIERSON FERDINAND LLP
2  453 S. Spring St., Suite 400-1458
   Los Angeles, CA 90013
3  Telephone: (818) 216-3988
   E-mail: paul.beard@pierferd.com
4
5  Attorneys for Plaintiff PEACE RANCH LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| PEACE RANCH LLC, | Case No.: 2:21-cv-01651-JAM-AC |
|---|---|
| Plaintiff | |
| v. | **STIPULATION AND ORDER RE: ANSWER AND DISMISSAL OF DUE PROCESS CLAIM** |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

STIPULATION AND ORDER

# STIPULATION

1. On February 13, 2024, the Ninth Circuit Court of Appeals reversed the Court's dismissal of this action, thereby reinstating this action in this Court.

2. The parties have met and conferred, and stipulate as follows:

   a. The Fourth Claim for violation of the Federal Due Process Clause is dismissed.

   b. Defendant shall answer the First Amended Complaint no later than 14 days from the date of this Order.

**IT IS SO STIPULATED.**

DATED: March 5, 2024            s/ Paul Beard II
                                _____
                                Counsel for Plaintiff PEACE RANCH LLC

DATED: March 5, 2024            s/ Megan Richards
                                _____
                                Counsel for Defendant ROB BONTA

# ORDER

IT IS SO ORDERED.

Dated: March 28, 2024           /s/ John A. Mendez
                                _____
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE