PAUL J. BEARD II (State Bar No. 210563)
**PIERSON FERDINAND LLP**
453 S. Spring St., Suite 400-1458
Los Angeles, CA 90013
Telephone: (818) 216-3988
E-mail: paul.beard@pierferd.com

Attorneys for Plaintiff PEACE RANCH LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

PEACE RANCH LLC,

              Plaintiff

      v.

ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,

             Defendant.

Case No.: 2:21-cv-01651-JAM-AC

Judge: Hon. John A. Mendez

**STIPULATION AND ORDER RE: PLAINTIFF'S EXPERT REPORT**

Complaint Filed: Sept. 13, 2021

Trial Date: October 6, 2025

**STIPULATION**

1.       Pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's April 17, 2024, Pretrial Scheduling Order, the deadline for exchanging expert disclosures and reports is December 27, 2024.

2.       Plaintiff timely filed and served its expert disclosure on December 27, 2024.

3.       Due to a family emergency (the death of expert's mother, whose funeral he is attending today, December 27), said expert is unavailable to undertake a final review, and to sign, the expert report until Monday, December 30.

4.       In light of the foregoing, the parties stipulate to an extension of time, to December 30, for Plaintiff to file the expert report.

**IT IS SO STIPULATED.**

DATED: December 27, 2024                    s/ Paul Beard II
                                                            _____
                                                            Counsel for Plaintiff PEACE RANCH LLC


DATED: December 27, 2024                     s/ Megan Richards
                                                            _____
                                                            Counsel for Defendant ROB BONTA


**IT IS SO ORDERED.**


 Dated: December 27, 2024                    /s/ John A. Mendez
                                                            _____
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE