PAUL J. BEARD II (State Bar No. 210563)
PIERSON FERDINAND LLP
453 S. Spring St., Suite 400-1458
Los Angeles, CA 90013
Telephone: (818) 216-3988
E-mail: paul.beard@pierferd.com

Attorneys for Plaintiff PEACE RANCH LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE RANCH LLC,<br><br>    Plaintiff<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No.: 2:21-cv-01651-JAM-AC<br><br>Judge: Judge John A. Mendez<br><br>**STIPULATION AND ORDER RE: CORRECTED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION; MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>Date: July 1, 2024<br>Time: 1:00 p.m.<br>Ctrm.: 6<br><br>Complaint Filed: Sept. 13, 2021<br>FAC Filed: March 4, 2022 |

**STIPULATION**

1. WHEREAS on April 11, 2025, Plaintiff Peace Ranch LLC filed its Notice of Motion and Motion for Summary Judgment or Adjudication, and Memorandum of Law in Support Thereof. ECF No. 61;

2. WHEREAS on April 15, 2025, Plaintiff's counsel was alerted to the fact that the Table of Authorities in said motion did not accurately and fully reflect the citations contained in the brief;

3. WHEREAS Plaintiff seeks to file a Corrected Notice of Motion and Motion for Summary Judgment or Adjudication, and Memorandum of Law in Support Thereof ("Corrected Motion"), which corrects those errors and additional non-substantive typographical errors found in the brief. Attached hereto as Exhibit A is the Correct Motion; and

4. WHEREAS Defendant Rob Bonta does not oppose the filing of said Corrected Motion;

5. THEREFORE, the parties therefore stipulate that the Corrected Motion at Exhibit A may be filed and substituted for the April 11, 2025, motion.

**IT IS SO STIPULATED.**

DATED: April 16, 2025                              s/ Paul Beard II
                                                   _____
                                                   Counsel for Plaintiff PEACE RANCH LLC

DATED: April 16, 2025                              s/ Megan Richards
                                                   _____
                                                   Counsel for Defendant ROB BONTA

**ORDER**

Based on the stipulation of the parties and good cause appearing, Plaintiff Peace Ranch's shall <u>refile</u> the Motion and Motion for Summary Judgment or Adjudication, attached to the Stipulation at ECF No. 63-1, within **five (5) days** of this order.

**IT IS SO ORDERED.**

Dated:  April 18, 2025          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE