PAUL J. BEARD II (State Bar No. 210563)
PIERSON FERDINAND LLP
453 S. Spring St., Suite 400-1458
Los Angeles, CA 90013
Telephone: (818) 216-3988
E-mail: paul.beard@pierferd.com

Attorneys for Plaintiff PEACE RANCH LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEACE RANCH LLC,<br><br>    Plaintiff<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No.: 2:21-cv-01651-JAM-AC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF'S DEADLINE FOR FILING ITS COMBINED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Ctrm.: 6<br>Judge: Judge John A. Mendez<br><br>Complaint Filed: Sept. 13, 2021<br>FAC Filed: March 4, 2022 |

Plaintiff Peace Ranch, by and through its counsel of record, Paul Beard, and Defendant Rob Bonta in his capacity as Attorney General, by and through Deputy Attorney General Megan Richards, hereby stipulate and agree to the following:

WHEREAS, on July 7, 2025, Plaintiff's combined Opposition to Defendant's Summary Judgment Motion and Reply in Support of Plaintiff's Summary Judgment was due;

WHEREAS, on July 7, Plaintiff's document management system (NetDocs) containing the relevant documents associated with said filing went down for several hours, preventing Plaintiff's from finalizing the documents and filing/serving it;

WHEREAS Plaintiff's document management system was restored by July 8; and

WHEREAS Plaintiff's counsel conferred with Defendant's counsel, and they agreed to extend, to July 8, Plaintiff's deadline for filing its combined Opposition to Defendant's Summary Judgment Motion and Reply in Support of Plaintiff's Summary Judgment;

THEREFORE, the parties, by and through their counsel of record, hereby AGREE AND STIPULATE to so extend Plaintiff's deadline to **July 08, 2025**.

IT IS SO STIPULATED.

Dated: July 8, 2025                     Respectfully submitted,

/s/ Megan Richards
MEGAN RICHARDS
Deputy Attorney General
*Attorneys for Defendant*

Dated: July 8, 2025

/s/ Paul Beard II

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: July 11, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE