## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEACE RANCH, LLC ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:21–CV–01651–JAM–AC** |
| **ROB BONTA , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/2025 .**

ENTERED:   **July 28, 2025**          /s/ **Keith Holland**
                                                             Clerk of Court